No. 12,283.

MYERS *v*. BECK, RECEIVER.
(299 Pac. 50)

Decided January 13, 1931.   Rehearing denied May 18, 1931.

Mr. ERNEST MORRIS, Mr. C. E. WAMPLER, for plaintiff in error.

Mr. JOHN S. STIDGER, Messrs. VAN CISE & ROBINSON, Messrs. BLOUNT, SILVERSTEIN & ROSNER, Mr. J. E. ROBINSON, for defendant in error.

Messrs. HODGES, WILSON & ROGERS, Mr. CLARENCE A. BRANDENBURG, Messrs. LEWIS & GRANT, Mr. ROBERT L. STEARNS, Messrs. PERSHING, NYE,˙ TALLMADGE & BOSWORTH, Mr. LEWIS A. DICK, Mr. FREDERICK P. CRANSTON, Mr. CHAS. E. FRIEND, amici curiae.

*En Banc.*

Mr. Justice Adams delivered the opinion of the court.

This matter has been brought to this court on writ of error by Charles B. Myers. It is a companion case to *Myers v. Rude,* 88 Colo. 459, 299 Pac. 50, *Rossi v. Colorado Pulp and Paper Co.,* 88 Colo. 461, 299 Pac. 19, and *Geo. N. Sparling Coal Co. v. Colorado Pulp and Paper Co.,* 88 Colo. 523, 299 Pac. 41, all of which have been consecutively prosecuted by separate writs of error, to review various orders and decrees contained in one suit in the district court of Adams county, numbered and entitled, "No. 2367, Charles B. Myers, plaintiff, v. Colorado Pulp and Paper Co., et al, defendants." We have consolidated the several cases for final determination.

For the reasons given in *Rossi v. Colorado Pulp and Paper Co.,* and *Sparling Coal Co. v. Colorado Pulp and Paper Co., supra,* the judgment herein is reversed at the costs of plaintiff in error.

For reasons also there stated, we have directed that the costs in *Rossi v. Colorado Pulp and Paper Co.,* and *Geo. N. Sparling Coal Co. v. Colorado Pulp and Paper Co., supra,* be assessed to Joseph Buchhalter, I. Rude, Aaron Bronstein and Max Bronstine, who are defendants in error in all of the cases named except the present one of Myers v. Beck.

Mr. Justice Butler not participating.

*On Rehearing.*

*En Banc.*

Mr. Chief Justice Adams.

Opinion modified and rehearing denied, in accordance with our decision on petitions for rehearing and modification in No. 12,590, *George N. Sparling Coal Co. v. Colo. Pulp and Paper Co.,* 88 Colo. 523, 299 Pac. 41.